UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-2946-DUBE'

UNITED STATES OF AMERICA,

v.

STEPHEN O. ADETONA,

**ORDER DENYING GOVERNMENT'S REQUEST**
**FOR PRETRIAL DETENTION** / **SETTING**
**BOND**

FILED by _____ D.C.
MAG. SEC.
JUL 15 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

_____ The government's motion is **denied**.
_____ The defendant's motion is **granted**; bond is set at:
  _____ Personal Surety, unsecured, in the amount of $_____
  ✓ Personal Surety in the amount of $ 50,000 10% /Nellia
     with 10% posted with Clerk of Court.
  _____ Personal Surety in the amount of $_____
     secured by the following collateral: _____

  _____ Full Cash in the amount of $_____
  ✓ Corporate Surety in the amount of $ 75,000 /Nellia
  _____ Full Cash or Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PTS AS FOLLOWS: ___ WEEKLY IN PERSON; ___ WEEKLY BY PHONE; ✓ AS DIRECTED
__ CURFEW IMPOSED 7 DAYS A WEEK FROM _____ P.M. TO _____ A.M.
__ MAINTAIN PRESENT RESIDENCE.
__ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
__ STAY AWAY FROM COMMERCIAL TRANSPORTATION FACILITIES, MARINAS, BUS TERMINALS AND AIRPORTS.
__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
__ COSIGNERS ARE NOT TO FURTHER ENCUMBER PROPERTY DURING PENDENCY OF CASE.
✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: Curfew 10pm - 6am - Elec. mon. paid by deft. Tel. rest N/O-PD + S/D PD -

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 15th day of JULY, 2005.

TAPE NO. 05H-537443
c: AUSA, Deft Counsel,
Pretrial Services, US Marshal

ROBERT L. DUBE'
UNITED STATES MAGISTRATE JUDGE

Kristi Kasserbaum Esq.
Bond Stayed
AUSA - 7/25/05
John Simplin